IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SEBASTIAN ZULUETAS GOMEZ | § | |
| V. | § | CIVIL ACTION NO. 9:07CV208 |
| TDCJ-CID, ET AL. | § | |

PARTIAL ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that Plaintiff's claims against TDCJ, the Eastham Unit, the Connolly Unit, the William Unit, and inmates Ibanes, Blanco, and El-Guzmaz shall be and are hereby **DISMISSED WITH PREJUDICE**  from the docket of this Court. The dismissal of these claims and parties shall have no effect upon Plaintiff's claims against Captain Pace or Officer Ibanes

So **ORDERED** and **SIGNED** this 3  day of **December, 2007.**

_____
Ron Clark, United States District Judge